(removing)

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

STACIA CULLORS, an individual;
ANTHONY BACANI, an individual;
JENNIFER CULLORS, an individual;
and DOES, L.C., N.C., V.C., minors
through their guardian ad litem Stacia
Cullors, D.B., E.B., minors through their
guardian ad litem Anthony Bacani, A.C.,
J.C., minors through their guardian ad
litem Jennifer Cullors                                                                           **PLAINTIFFS**

v.                                  No. 4:22-cv-590-DPM

**WALMART INC.**                                                                                  **DEFENDANT**

## ORDER

This case is related to a pending consolidated matter about allegedly contaminated Walmart baby food. Common questions of law and fact are presented. FED. R. CIV. P. 42(a). The Court therefore consolidates this case with the lead case, 3:21-cv-82-DPM, on the terms specified in *Doc. 26*, in that case. All future filings should be made in the lead case.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 August 2022