# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

STACIA CULLORS, an individual;
ANTHONY BACANI, an individual;
JENNIFER CULLORS, an individual;  and
DOES, L.C., N.C., V.C., minors through
their guardian ad litem Stacia Cullors,
D.B., E.B., minors through their guardian
ad litem Anthony Bacani, A.C., J.C.,
minors through their guardian ad litem
Jennifer Cullors                                            PLAINTIFFS

v.                          No. 4:22-cv-590-DPM

WALMART INC.                                              DEFENDANT

## JUDGMENT

All of the plaintiffs' remaining claims are dismissed without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

31 March 2026